UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| W.W. TRANSPORT, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GEM CITY FORD, INC. and )<br>RICK'S TRANSIT REPAIR, INC., )<br>)<br>Defendants. ) | Case No. 2:07CV46 JCH |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff W.W. Transport's Motion to Continue Pre-Trial Conference and Trial Setting (Doc. No. 133) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that this matter remains set for a pretrial conference and hearing on the motions in limine on **Thursday, September 3, 2009**, at **10:00 a.m.** in the St. Louis courtroom of the undersigned.

Dated this 1st day of September, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE